UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

_____
                                                )
GLENDA JIMMO, et al.,                           )
                                                )         No. 5:11-CV-17
                    Plaintiffs,                 )
                                                )
         vs.                                    )
                                                )
                                                )
KATHLEEN SEBELIUS, Secretary of                 )
Health & Human Services,                        )
                                                )
                    Defendant.                  )
_____)


## JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND NOTICE PLAN

Kathleen Sebelius, Secretary of the Department of Health and Human Services,

and the class beneficiaries of *Jimmo* ("class beneficiares")(collectively, the "Parties"), by

their respective counsel, hereby request the Court, pursuant to the terms of their

Settlement Agreement (the "Agreement") and Fed. R. Civ. P. 23(e), to approve

preliminarily the proposed Settlement Agreement attached to the Notice of Settlement

Agreement as Exhibit A (Dkt #82-1), and approve the proposed Notice to the class

attached hereto as Exhibit A. This application is supported by a Memorandum in Support

of Approval of Class Settlement and Notice Plan and the proposed Order.  The Parties

request that, if the Court finds that the proposed Settlement Agreement meets the

standards for preliminary approval under Federal Rule of Civil Procedure, Rule 23(e), the

Court should: 1) authorize the parties to notify the class members by posting the notice

on the appropriate websites; 2) set a date for a Fairness Hearing 60 days from the date of

this filing; and 3) set a date for the filing of any Objections to the Agreement 14 days

prior to the Fairness Hearing.


Dated: November 13, 2012                    Respectfully submitted,


___/s/ Alice Bers_____
ALICE BERS
GILL DEFORD
JUDITH A. STEIN
MARGARET MURPHY
WEY-WEY KWOK
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, CT 06226
Phone (860) 456-7790

TOBY S. EDELMAN
Center for Medicare Advocacy, Inc.
1025 Connecticut Avenue, N.W., Suite 709
Washington, D.C. 20036
Phone (202) 293-5760

MICHAEL K. BENVENUTO
Medicare Advocacy Project
Vermont Legal Aid, Inc.
P.O. Box 1367
Burlington, VT 05402
Phone (802) 863-5620

DAVID J. BERGER
MATTHEW R. REED
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palto Alto, CA  94306
Phone: (650) 493-9300

Attorneys for Plaintiffs


STUART F. DELERY
Acting Assistant Attorney General

TRISTRAM J. COFFIN
United States Attorney
SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

  */s/ Steven Y. Bressler (by permission)*
STEVEN Y. BRESSLER (D.C. Bar #482492)
M. ANDREW ZEE (CA Bar #272510)
Attorneys
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW
Washington, DC  20530
Telephone:  (202) 305-0167
Fax:  (202) 616-8470
Email:  Steven.Bressler@usdoj.gov

*Attorneys for Defendant*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 13, 2012, I electronically filed the following documents:

- Joint Motion for Preliminary Approval of Class Settlement and Notice Plan
- Memorandum in Support of Joint Motion for Preliminary Approval of Class Settlement and Notice Plan
- Proposed Notice to the Class
- Proposed Order Preliminarily Approving Settlement Agreement, Approving Class Notice, and Setting Fairness Hearing

with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Steven Y. Bressler
M. Andrew Zee
Tamra Moore
US Department of Justice

Gill Deford
Judith A. Stein
Margaret Murphy
Alice Bers
Center for Medicare Advocacy, Inc.

Michael Benvenuto
Vermont Legal Aid, Inc.

David J. Berger
Matthew R. Reed
Wilson Sonsini Goodrich & Rosati

And I hereby certify that I also caused to be served, via electronic mail pursuant to prior agreement by the parties, the following non-registered participants:

Toby Edelman
Center for Medicare Advocacy, Inc.
1025 Connecticut Avenue, N.W., Suite 709
Washington, D.C. 20036

Wey-Wey Kwok
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, CT  06226

___/s/Alice Bers_____
Alice Bers
Center for Medicare Advocacy, Inc.
PO Box 350
Willimantic, CT  06226
(860) 456-7790
abers@medicareadvocacy.org